# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Red River Supply, Inc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Baker Hughes Oilfield Operations, Inc., )<br>)<br>Defendant. ) | **ORDER**<br><br><br><br>Case No. 4:15-cv-044 |

On June 24, 2015, the court issued an order granting defendant's motion to compel arbitration and staying the above-entitled action pending arbitration. Approximately 21 months have passed since the court issued its order. Accordingly, the parties shall submit a joint status report to the court by May 26, 2017, advising of the present posture of this case.

**IT IS SO ORDERED.**

Dated this 7th day of April, 2017.

>                                        */s/ Charles S. Miller, Jr.*
>                                        Charles S. Miller, Jr., Magistrate Judge
>                                        United States District Court.